M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

William Aaron Rollins )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 1:08CV 33 - mht
 ) (To be supplied by Clerk of U.S. District
Comm. K. Reed ) Court)
Sgt. Kirsey )
Sgt. Buchanan )
C.O. Moon )
(in their individual and )
official capacities )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2008 JAN 15 A 9:31
DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____Non-applicable_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____

3. Docket number __Non-applicable__

4. Name of judge to whom case was assigned __"      "__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __"      "__

6. Approximate date of filing lawsuit __"      "__

7. Approximate date of disposition __"      "__

II. PLACE OF PRESENT CONFINEMENT __Houston County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Houston County Jail - Dothan Alabama (901 E. Main St) 36301__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commander Keith Reed | 901 E. Main Street (Dothan, Alab 36301) |
| 2. | Sgt. Kirsey | 901 E. Main St. (Dothan, AL. 36301) |
| 3. | Sgt Buchman | 901 E. Main St (Dothan, AL. 36301) |
| 4. | C.O Moon | 901 E. Main St. (Dothan, AL. 36301) |
| 5. | Sgt. K. Turner | 901 E. Main St. (Dothan, AL 36301) |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Varied from the date 3-6-07 - 1-20-08 (numerous incidents on record)__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __14th Amendment Equal Protection violation (particularized instances of retaliatory conduct directed against inmate Rollins.__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Dating as far back as 2-27-07 until this date of 1-10-08 (I received another inmate sanction restriction on this date.) Sgt Kersey has repeatbly imposed illegitimate animus toward me (intentional procedural discrimination by the Houston County Jail supervisory personnel.

GROUND TWO: 5th Amendment Due Process violations Intentional deprivation of life, liberty and property in an unfair manner (including racial and status discrimination

SUPPORTING FACTS: Circumstances can be verified of these events (particularly on the specific date of 10-11-07) pertaining to an incident showing arbitrary confiscation and improper segregated lockdown being imposed by the named officials Sgt. Kersey, Sgt Buchman, C.O. Moon, and Commander Reed without notice or substantiation

GROUND THREE: Adverse and intentional manipulative conduct by the named defendants in their individual capacity (42 USCA and 8th Amend Cruel + Unusual Punishm

SUPPORTING FACTS: Officers Kersey, Buchman, Reed and Turner in their supervisory positions violated inmate Rollins constitutional rights by using retalitory based proceduers on prior occasions (during the period Rollins has been incarcerated at the Houston County Jail) and treatment of Rollins shows intentionally different treatment from others similarly situated.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff is seeking an injunction and declaratory relief pertaining to the improper conduct which has occurred based on clearly established law that recognizes (1) The Equal protection claim and (2) Due Process claim based on law enforcement policies, and practices that caused inmate Rollins personal injury.

*William Rollins*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-10-08
                 (Date)

*William Rollins*
Signature of plaintiff(s)

William Rollins #086644-GZ
901 E. Main St.
Dothan, AL. 36301

"Legal Mail"
"Confidential"

Houston Co. Jail Inmate

Debra Hackett - District Court Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101+0711-11 8007

$ 00.58⁰
JAN 14 2008
MAILED FROM ZIP CODE 36303