AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 1:08CV33-mht

I, __William Aaron Rollins__, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Houston County Jail (Dothan, AL.)__

   Are you employed at the institution? __no__    Do you receive any payment from the institution? __no__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __Non-applicable__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Able Body Labor 2015 Recue(?) St. Dothan temporary service $40.00 (Jan. 2007) $6.50 p. hr.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _Non-applicable_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_1-10-08_                              _William R[ollins]_
Date                                    Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

_Tried to receive information but "Records" Division failed to respond to inquiry._

↗ _Omit — Delivered 1-13-08_

```
===============================================================
                     HOUSTON COUNTY JAIL
===============================================================
                     Resident Account Summary
                  Sunday, January 13, 2008  @10:55
===============================================================
For CIN: 35564     ROLLINS, WILLIAM
---------------------------------------------------------------
   Date    Transaction Description              Amount   Balance    Owed    Held   Reference
---------------------------------------------------------------
01/13/2008 DEPCASH    SENT SUMMARY                0.00     0.00   155.91    0.00
12/19/2007 MEDCO      TY                          0.50     0.00   155.91    0.00
12/19/2007 MEDCO      TY                          0.50     0.00   155.41    0.00
12/18/2007 MEDCO      PRINTOUT SENT121807         0.00     0.00   154.91    0.00
12/12/2007 MEDCO      TY                          0.50     0.00   154.91    0.00
11/29/2007 MEDCO      TY                          0.50     0.00   154.41    0.00
11/28/2007 MEDCO      TY                          0.50     0.00   153.91    0.00
11/27/2007 MEDCO      TY                          0.50     0.00   153.41    0.00
11/27/2007 MEDCO      TRANSPORT111607            20.00     0.00   152.91    0.00
11/13/2007 MEDCO      TY                          0.50     0.00   132.91    0.00
11/12/2007 MEDCO      TY                          0.50     0.00   132.41    0.00
11/08/2007 MEDCO      MOTRIN,PA110507            30.00     0.00   131.91    0.00
11/08/2007 MEDCO      TY                          0.50     0.00   101.91    0.00
11/02/2007 MEDCO      TY                          0.50     0.00   101.41    0.00
10/19/2007 MEDCO      PA,FLEXERIL,MOTRIN101607   40.00     0.00   100.91    0.00
10/11/2007 MEDCO      TYL;                        0.50     0.00    60.91    0.00
10/03/2007 MEDCO      TY                          0.50     0.00    60.41    0.00
09/25/2007 MEDCO      TY                          0.50     0.00    59.91    0.00
09/11/2007 MEDCO      TY                          0.50     0.00    59.41    0.00
09/04/2007 MEDCO      TYL                         0.50     0.00    58.91    0.00
07/27/2007 MEDCO      TYL                         0.50     0.00    58.41    0.00
07/25/2007 MEDCO      TYL                         0.50     0.00    57.91    0.00
07/03/2007 MEDCO      TYL                         0.50     0.00    57.41    0.00
07/03/2007 MEDCO      TAO,HYDROCORT062907         5.00     0.00    56.91    0.00
06/29/2007 MEDCO      TYL/AA                      1.00     0.00    51.91    0.00
06/29/2007 MEDCO      TYL/AA                      1.00     0.00    50.91    0.00
06/27/2007 MEDCO      TYL                         0.50     0.00    49.91    0.00
06/20/2007 MEDCO      TYL                         0.50     0.00    49.41    0.00
06/20/2007 MEDCO      TYL                         0.50     0.00    48.91    0.00
06/20/2007 MEDCO      TYL                         0.50     0.00    48.41    0.00
06/20/2007 MEDCO      TYL                         0.50     0.00    47.91    0.00
06/19/2007 MEDCO      TYL                         0.50     0.00    47.41    0.00
06/17/2007 MEDCO      TYL                         0.50     0.00    46.91    0.00
06/17/2007 MEDCO      TYL                         0.50     0.00    46.41    0.00
06/08/2007 MEDCO      TYL                         0.50     0.00    45.91    0.00
05/10/2007 MEDCO      TYL                         0.50     0.00    45.41    0.00
05/08/2007 MEDCO      TYL                         0.50     0.00    44.91    0.00
04/16/2007 MEDCO      TYL                         0.50     0.00    44.41    0.00
03/17/2007 DEPCASH    INITIAL DEPOSIT - REINSTA   0.00     0.00    43.91    0.00
07/26/2006 MEDCO      LPN071406                   5.00     0.00    43.91    0.00
07/06/2006 MEDCO      TYL                         0.50     0.00    38.91    0.00
06/22/2006 PROPERTY   LOST WASHCLOTH061606        1.00     0.00    38.41    0.00
06/20/2006 MEDCO      TYL                         0.50     0.00    37.41    0.00
06/13/2006 MEDCO      TYL                         0.50     0.00    36.91    0.00
06/13/2006 MEDCO      HYDRO/ANTIFUNG CREAM06020   1.00     0.00    36.41    0.00
06/04/2006 MEDCO      TYL                         0.50     0.00    35.41    0.00
05/29/2006 MEDCO      TYL                         0.50     0.00    34.91    0.00
05/29/2006 MEDCO      TYL                         0.50     0.00    34.41    0.00
05/22/2006 MEDCO      TYL                         0.50     0.00    33.91    0.00
05/22/2006 MEDCO      TYL                         0.50     0.00    33.41    0.00
05/22/2006 DEPCASH    INITIAL DEPOSIT - REINSTA   0.00     0.00    32.91    0.00
05/22/2006 MEDCO      TYL                         0.50     0.00    32.91    0.00
01/31/2006 MEDCO      TAO/HYDRO CREAM011906       1.50     0.00    32.41    0.00
01/09/2006 MEDCO      ANTIFUN,HYDRO,TOA122705     1.50     0.00    30.91    0.00
01/03/2006 MEDCO      TYL                         0.50     0.00    29.41    0.00
10/19/2005 MEDCO      ANTFIFUNGAL CREAM /TRIPLE   1.00     0.00    28.91    0.00
09/17/2005 MEDCO      HYDRO/ANTIFUNGAL 09-01-05   1.00     0.00    27.91    0.00
07/26/2005 MEDCO      HYDR-CREAM 072205           0.50     0.00    26.91    0.00
07/12/2005 MEDCO      LPN/ANTIFUNGAL PACKETS/07   1.50     0.00    26.41    0.00
05/22/2005 MEDCO      TYLENOL                     0.50     0.00    24.91    0.00
03/12/2005 MEDCO      TYLENOL                     0.50     0.00    24.41    0.00
03/10/2005 MEDCO      CRNP, FLEXERIL MUSCLE RUB  20.50     0.00    23.91    0.00
03/10/2005 MEDCO      LPN 022305                  1.00     0.00     3.41    0.00
---------------------------------------------------------------
                           Page 1
```

```
                             HOUSTON COUNTY JAIL
==================================================================
                           Resident Account Summary
                      Sunday, January 13, 2008  @10:55
==================================================================
For CIN: 35564     ROLLINS, WILLIAM
------------------------------------------------------------------
   Date      Transaction Description          Amount   Balance    Owed    Held   Reference
------------------------------------------------------------------
02/19/2005   MEDCO       SALT/IBU (1 DOSE) 020605   1.00     0.00    2.41    0.00
01/19/2005   <MEDCO>     LPN AND MUSCLE RUB 123004 -0.09     0.00    1.41    0.00
01/19/2005   MEDCO       LPN AND MUSCLE RUB 123004  1.50     0.09    1.50    0.00
01/18/2005   EPR         OID:100021238-ComisaryPur -1.53     0.09    0.00    0.00
10/05/2004   EPR         OID:100017924-ComisaryPur -18.43    1.62    0.00    0.00
10/03/2004   DEPCASH     ROBERT MALONE             20.00    20.05    0.00    0.00
09/21/2004   EPR         OID:100017531-ComisaryPur -8.25     0.05    0.00    0.00
09/07/2004   EPR         OID:100017076-ComisaryPur -11.45    8.30    0.00    0.00
07/13/2004   EPR         OID:100015641-ComisaryPur -11.25   19.75    0.00    0.00
06/14/2004   DEPCASH     INITIAL DEPOSIT           31.00    31.00    0.00    0.00
```

---