William Aaron Rollins     *                          January 24, 2008
    (Plaintiff)           *
                          *
    vs.                   *  RECEIVED
                          *
Comm. K. Reed, et al      *  2008 JAN 30 A 9:59     Case: 1:08-CV-00033-MHT-CSC (WO)
                          *  DEBRA P. HACKETT
Defendant(s)                 U.S. DISTRICT COURT
                             MIDDLE DISTRICT ALA

RE: Request for extension to file amended complaint by plaintiff:

- To the judicial agency of the United States District Court for the Middle District of Alabama (Southern Division):

*Notice: (Form for "extension to file" not accessible at facility)

- The Plaintiff on his own behalf is requesting that the United States District Court for the Middle District of Alabama to grant plaintiff approval to have an extension be authorized in order to have access and correspondence afforded to plaintiff in reference to the Court's order to amend the specified complaint.

- At the present time, conditional policies involving jail lockdown "segregation" has complicated circumstances with the plaintiff's legal means of correspondence and has denied the plaintiff adequate opportunity to.. (1) be provided legal access to the courts by being restricted from access in the facility law library, and (2) [for] plaintiff to have access to certain property and personal rights and priviledges that will substantially assist plaintiff in compiling the necessary details of the dispute, the identities of the principals involved and framing the exact order that the "declarations" are to be reviewed and completely explained in a written statement of the allegations.

- Respectfully submitted on this 24th day of the month

→

of January in the year 2008 of the Lord

William Rollins (Plaintiff)
William Rollins # 35564
901 E. Main St.
Dothan, Alabama 36301

William Rollins #80964 - A-14
901 E. Main St.
Dothan, AL. 36301



Legal Mail

Office of the Clerk
United States District Court, Middle District
P.O. Box 711
Montgomery, AL. 36101-0711