IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WILLIAM AARON ROLLINS           *

    Plaintiff,                  *

        v.                       *       1:08-CV-33-MHT

COMM. K. REED, *et al*.,         *

    Defendants.                 *

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Extension of Time filed by Plaintiff on January 30, 2008, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 5*) is GRANTED;

2. Plaintiff is GRANTED an extension from January 31, 2008 to and including February 21, 2008 to file his amended complaint as directed by order entered January 17, 2008.

Done, this 31st day of January 2008.

                                         /s/ Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE