M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 FEB 27 A 9:47

William Aaron Rollins
_____
Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

CIVIL ACTION NO. 1:08CV33-MHT
(To be supplied by Clerk of U.S. District Court)

Commander Reed
Sgt. Kirsey
Sgt. Buckman
_____
_____
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____Non-Applicable_____

            Defendant(s) _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____Non-Applicable_____

3. Docket number ___Non-Applicable___

4. Name of judge to whom case was assigned ___Non-Applicable___

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) ___Non-Applicable___

6. Approximate date of filing lawsuit ___———___

7. Approximate date of disposition ___———___

II. PLACE OF PRESENT CONFINEMENT ___Kilby Correctional Facility, Mount Meigs, Alabama.___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___Houston County Jail - Dothan, Alabama___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Correction Officer Buchman | 901 E. Main Street |
| 2. | Correction Officer Kirsey | 901 E. Main Street |
| 3. | Commander Reed | 901 E. Main Street |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___October 11, 2007___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___Fifth Amendment Due Process violation: unlawful or arbitrary detention___

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On the date referred, Correction officer Sgt Kirsey acting in his official capacity instructed that inmate Rollins was to be immediately escorted to lockdown without any substantiated basis and no "tailored policy under institutional guidelines reasonably justified this course of action (at that time.)

GROUND TWO: 14th Amendment Due Process Claus violation; Depriving inmate equal protection. Deliberate disregard of plaintiff's constitutional rights to due process.

SUPPORTING FACTS: On the date of Oct. 1, 2007 Correction officer Sgt. Buchman, acting in her official capacity co-conspired directly with Sgt Kirsey to have Rollins deprived of rights by acknowledging that Rollins be put on cell restriction status without justification on the merits that Rollins interfered with Sheriff department's personnel (relating to the cell assignment discrepency)

GROUND THREE: Fifth Amendment Due Process violation right to be afforded opportunity to confront accusers. - manipulation of protocol

SUPPORTING FACTS: Rollins wasn't given time during being escorted to lockdown segregation to have situation adequately appraised by Sgt. Kirsey nor Sgt Buchman beforehand. These officers authorized Rollins be lockdown through "fabricated insights" by the officers on duty in the A-H pod area. (1) Correction Officer Moon and (2) Correction Officer Chancy (* refer to Exhibit I ) ... included inside...

* "copy of appeal supplied upon request."

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The claim of relief the plaintiff is asking the court for Declartory relief regarding the officers conduct and compensatry damage relief for emotional distress, and mental anguish in the amount of $3,700

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 19, 2008  .
            (Date)

_____
Signature of plaintiff(s)

(1) The following statement relates to the composition of this underlying lawsuit

William Aaron Rollins (plaintiff)

vs

Commander Reed et al (Defendants)

- Ground One: concerns the factual manner that officer Kirsey willfully participated in the joint activity with officer Buchman to randomly deprive inmate Rollins of Due process (substantive and procedural) by using unverified and opinionated declarations from officers Chancey and Moon regarding the conduct of inmate Rollins. Rollins exploited the necessary remedies but never was recognized (grievances toward sanction restriction action was not responded to by Commander Reed on issue of length of confinement (on record).

Special note of relevance: The plaintiff would like the Court to be aware that several grievances had been addressed to Houston County Sheriff Andy Hughes in his official capacity for the acts done by the Defendants and the policies that were implemented for the purpose disciplinary action (no notification or response was received from Sheriff Hughes in relation to the Oct. 11, 2007 incident).

Exhibit I

## Inmate Sanction/Restriction Documentation

| Inmate Name: Rollins, William | Date: 10-11-07 | Inmate Number: 35564 |
|---|---|---|
| Pod Location: H-floor | Pod/Cell Inmate moved to (If Applicable): B-9 | |

| Type of Restriction/Sanction: | | Date to Begin / Date to End |
|---|---|---|
| 3 WKS (+) Suspension of Commissary Privileges | | 11-5-07 / 11-23-07 |
| 3 WKS (+) Loss of Visitation Privileges | | 11-3-4-07  11-10-11-07 / 11-17-18-07 |
| ___ DAYS ( ) Minimum 72 Hours Cell Restriction | | / |
| (+) Other 3 weeks lock-down 10-11-07 To 11-01-07 | | |

Note: The Sgt. / Asco must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for Sanction/Restriction. Appeal form must be sent back to Disciplinary Sgt. within 24 hours. If appeal form is not received within the 24 hour period it will be thrown out.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| J. Moon | Sb.3e 10/11/07 |

At approximately 2000 hours I observed a discrepancy in the H-pod cell assignments. The assignment showed I/m Rollins to be in H-6. I/m Rollins was on the floor. When I asked him about this, he stated, "They told me to move." I asked I/m Rollins who "they" was. He stated that he didn't know. I informed him to move back to that bunk. I/m Rollins became argumentative. At approximately 2020 I/m Williams stated to C/O Chancey, "I'm not going in that cell." At 2100 hours, C/O Chancey instructed I/m Williams to pack for lock-down per Sgt. Kilksey & Sgt. Bichman. He became very argumentative and eventually complied.

I/m Williams is in violation of Rule #11: No inmate will interfere with sheriffs department personnel, nor will they disobey an order or instructions given by sheriffs department personnel. Rule #12: No inmate will leave his/her authorized area. Inmates must go into their cells when told to do so. Females must be seated on their bunks.

Revised 03-26-2007
Keith Reed / Jail Commander

| Signature of Sgt. / Asco |
|---|
| C. Toby |