William Rollins #161962
Kilby Correctional Institution
P.O. Box 150
Mount Meigs, Alabama 36064

MONTGOMERY AL 361
26 FEB 2008 PM

1:08cv33 MHT

LEGAL MAIL
"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711