IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM A. ROLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:08-CV-33-MHT |
| | ) |
| COMMANDER REED, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Jail Commander Keith Reed, Sergeant Carl Kirksey and Sergeant Cindy Buchmann.

Dated this 18th day of March, 2008.

                                          Respectfully submitted,

                                        **s/Gary C. Sherrer**
                                        GARY C. SHERRER (SHE016)
                                        Attorney for Houston County, Alabama

OF COUNSEL
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon William A. Rollins, c/o Kilby Correctional Facility, P.O. Box 150, Mt. Meigs, Alabama 36057, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 18th day of March, 2008.

                                                **s/Gary C. Sherrer**
                                                OF COUNSEL