William Aaron Rollins                  *                                March 22, 2008
    Plaintiff
                                       *
    vs
                                       *
Comm. K. Reed, et al                         Case No: 1:08-CV-33-MHT
    Defendants

RECEIVED
2008 MAR 27 * 9:18
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RE: "Notice of change of address":
- "Request for clerk to provide copy of amended complaint."
- "Request for (2) 42 U.S.C § 1983 forms."

- To the Honorable Clerk of the United District Court:

    - The Plaintiff is submitting this motion and pleading to supply the Court expressed confirmation of the specified requirements termed to be in compliance with the directives proposed within the "Order on Motion" concerning the amended complaint filed by the Plaintiff on Febuary 27, 2008.

    - This motion contains three main subjects that are relevant to the case matter and the Plaintiff sincerely requests that the Court permit access to the information requested, as well as acknowledge the Plaintiff's current "change of address" that was effective on the date of March 9, 2008 from the previous address of ... Kilby Correctional Facility P.O. Box 150 Mt. Meigs, AL. 36057 to the address of ... Ventress Correctional Facility, P.O. Box 767 Clayton, AL. 36016.

    - Also, because of its importance, the Plaintiff would like a copy of the "amended complaint" that was submitted due to his unawareness of procedural rule that a true copy of anything sent to the Court has to also be forwarded in like manner to the Defendant(s) in the particular case action. I assume the correct authority defines this procedure as being delivered on an mandated 1983 form which I'm also requesting "two" copies for the benifit of fulfilling the designated requirement as instructed in the letter previously addressed to the Plaintiff.

    - Thank you for your cooperation in the referenced matter.

        Respectfully submitted on this 22nd day of the month of March in the year 2008 of the Lord.

Sincerly yours,

William Rollins #161962
William Rollins (Plaint.ff)
Ventress Correctional Facility
P.O. Box 767
Clayton, AL. 36016

Will[...] [...] G2-11B
[...] Correctional Facility
P.O. Box 76[...]
Clayton, AL. 36016



UNITED STATES POSTAGE
$00.41⁰
0002403830  MAR 26 2008
MAILED FROM ZIP CODE 36016
PITNEY BOWES

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court - Middle District of Ala.
P.O. Box 711
Montgomery, AL 36101-0711