# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM A. ROLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:08-CV-33-MHT |
| | ) |
| COMMANDER REED, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW, Defendants in the above-styled cause, and respectfully request a seven (7) day extension through and until April 15, 2008, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on April 8, 2008.

2. That due to the unexpected illness and death of a close (but not immediate) family member, the undersigned has been out of town taking care of personal matters related thereto.

3. That due to the undersigned being out of town, the undersigned has been unable to meet with all of the defendants to finalize and execute their affidavits for use with the Special Report and Answer to be filed in this case.

WHEREFORE, Defendants respectfully request a seven (7) day extension through and until April 15, 2008, in which to file their Special Report and Answer in this case.

Dated this 8th day of April, 2008.

          Respectfully submitted,

          **s/Gary C. Sherrer**
          GARY C. SHERRER
          Bar Number: SHE016
          Attorney for Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon William A. Rollins #161962, c/o Ventress Correctional Facility, P.O. Box 767, Clayton, Alabama 36016, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 8th day of April, 2008.

          **s/Gary C. Sherrer**
          OF COUNSEL