IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WILLIAM AARON ROLLINS           *

    Plaintiff,            *

        v.                    *     1:08-CV-33-MHT

COMMANDER REED, *et al.*,        *

    Defendants.           *

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 17*) is GRANTED; and

2. Defendants are GRANTED an extension from April 8, 2008 to and including April 15, 2008 to file their answer and written report.

Done, this 8th day of April 2008.

          /s/ Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE