IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM AARON ROLLINS | * | |
| Plaintiff, | * | |
| v. | * | 1:08-CV-33-MHT |
| COMMANDER REED, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' second Motion for Extension of Time, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 19*) is GRANTED; and

2. Defendants are GRANTED an extension from April 15, 2008 to and including May 1, 2008 to file their answer and written report.

Done, this 16th day of April 2008.

           /s/ Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE