IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM A. ROLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:08-CV-33-MHT |
| | ) |
| COMMANDER REED, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW, Defendants in the above-styled cause, and respectfully request a seven (7) day extension through and until May 8, 2008, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on May 1, 2008.

1. That the undersigned was extremely ill with the flu and bed ridden from Sunday evening, April 20, 2008, through Sunday, April 27, 2008.

2. That the undersigned's recovery has taken longer than anticipated with the undersigned's first day at work being Tuesday, April 29, 2008.

3. That due to the undersigned being ill, he has been unable to meet with Defendants to finalize their Affidavits for filing with the Special Report and Answer in this case.

WHEREFORE, Defendants respectfully request a seven (7) day extension through and until May 8, 2008, in which to file their Special Report and Answer in this case.

Dated this 1st day of May, 2008.

> Respectfully submitted,
>
> **s/Gary C. Sherrer**
> GARY C. SHERRER
> Bar Number: SHE016
> Attorney for Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon William A. Rollins #161962, c/o Ventress Correctional Facility, P.O. Box 767, Clayton, Alabama 36016, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 1st day of May, 2008.

> **s/Gary C. Sherrer**
> OF COUNSEL