IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WILLIAM AARON ROLLINS           *

    Plaintiff,                  *

        v.                      *     1:08-CV-33-MHT

COMMANDER REED, *et al.*,       *

    Defendants.                 *

_____

## ORDER ON MOTION

Upon consideration of Defendants' third Motion for Extension of Time, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 21*) is GRANTED; and

2. Defendants are GRANTED an extension from May 1, 2008 to and including May 8, 2008 to file their answer and written report.

Done, this 2nd day of May 2008.

                                            /s/ Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE