WILLIAM A. ROLLINS             *
    Plaintiff                 *
                               *
v.                             *   CIVIL ACTION NO: 1:08-CV-33-MHT
                               *   2008 MAY 29  A 10: 31
COMM. K. REED                  *
    Defendant                 *   DEBRA P. HACKETT
                               *   U.S. DISTRICT COURT
                                   MIDDLE DISTRICT ALA.

RE:   Request For Extension Of Time To File Response.

- To the United States District Court for the Middle District of Alabama (Southern Division)

    Comes Now the Plaintiff in his own behalf in the above styled cause respectfully requests the District Court to grant an extension of time to file the Court's previous directive for a response to the Defendants' Motion for Summary Judgement. Plaintiff grounds for the request involves:

    1. Plaintiff was enrolled in the Substance Abuse Treatment Program (SAP) at Ventress Correctional Facility on May 19, 2008 and due to the program's segregation requirements which also require certain time restrictions in the inmate population, Plaintiff has been unable to adequately compile and obtain access to legal materials from the institution's law library that are at the Plaintiff's disposal, when permitted.**

    2. Plaintiff in acting "Pro se" is unfamiliar with all the Defendants' doctrine on "immunity defenses" included in the Special Report and Answer. Therefore, Plaintiff seeks relief from the Court so that the response to Defendants' Motion for Summary Judgement will have accurate components of established case law that would reflect on the Plaintiff's said claims, and provide the specific information arrived by the Court concerning all constitutional claims.

request will be of considerable benifit toward opposing the Defendants' Special Report and Answer and will in good faith be "fact specific representations" to the Court.

Respectfully submitted on this 27th day of the month of May in the year 2008 of the Lord.

William A. Rollins
   William A. Rollins (Plaintiff) #161962 - C1-61A
   C/O Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL. 36016


   ** Refer to Exhibit insert in reference
      to ground #1. of Request for Extension.


CERTIFICATE OF SERVICE

I, William A. Rollins hereby certify that I have served a copy of the foregoing Request for Extension of Time to file Response upon Defendants' attorney for the referenced case matter ... Gary C. Sherrer. 335 West Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail postage paid and properly addressed on this 27 day of May, 2008.

NAME William Rollins  AIS # 161922  DORM # C1-61A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

"LEGAL MAIL"

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

$00.42
MAY 28 2008
MAILED FROM ZIP CODE 36016

# VENTRESS CORRECTIONAL FACILITY

## 8-WEEK SUBSTANCE ABUSE PROGRAM

To: Whom It May Concern

Ref: SAP Program Advisor/Counselor

Date: 5/27/08

Inmate WILLIAM ROLLINS B/16/962 began the 8-Week Substance Abuse Program (SAP) on 5/19/08. He is scheduled to graduate on 7/11/08. If this inmate misses more than three days he will be suspended from the program and will have to be set up for another SAP class.

If there are any questions, please telephone the drug treatment staff at 334-775-3331 ext 422 between the hours of 7:00 a.m. and 3:30 p.m.

Michael Oakley, MS, CCJP
Drug Program Specialist

- Plaintiff would like to sincerly apologize to the Honorable District Court for the inconvience of presenting this pleading in the manner filed. Plaintiff is prepared to make a diligent effort to comply with the Court's procedural guidelines in the event that recommendations are made known in a time that all the legal materials needed are provided.

- Plaintiff asks the Clerk to forward a certified copy to the Defendant of this subject matter due to the limits commented about, within the time ordered expiration date of June 2, 2008 or at the Court's earliest convience.

- Please feel free to send instructions concerning the procedures necessary in fulfilling my obligations toward the litigation of the this issue.

Thank you,

William Rollins
William Rollins (Plaintiff) #161962-C1-61A
C/O Ventress Correctional Facility
P.O. Box 767
Clayton, AL. 36016