IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WILLIAM AARON ROLLINS          *

    Plaintiff,                 *

        v.                     *           1:08-CV-33-MHT

COMMANDER REED, *et al.*,      *

    Defendants.                *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 25*) is GRANTED;

2. Plaintiff is GRANTED an extension from June 2, 2008 to and including June 24, 2008 to file his opposition to Defendants' written report.

Done, this 4th day of June 2008.

                                      /s/ Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE