**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JUN 26 A 10: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

WILLIAM AARON ROLLINS            *
   Plaintiff                          *
v.                                *   1:08-CV-33-MHT
COMMANDER REED et al              *
   Defendant                          *

     Request for Hardship Relief by Plaintiff

     Comes now the Plaintiff, respectfully requesting of this The United States District Court for the Middle District of Alabama to grant the Plaintiff judgement and remedy within established law to have hardship relief provided in order that the said order to submitt copies of the Plaintiff's written response in opposition to the Defendants' Motion for Summary Judgement be promptly filed. Fed. R. of Civ. Proc. 7(b)(1), 7(b)(2), 10(a).

     Plaintiff requests that the Court administer a flexible alternative remedy or procedure that would permit the District Court Clerk to supply a court ordered referral for immediate assistance from the Alabama Dept. of Corrections for expense fundings to endorse pre-payment for postage and handling of the responsive motion.

     Plaintiff asserts that the postage cost for the delivery process should be calculated at about $2.85 for the complete written response and Affidavit.

     Plaintiff also requests that the Court designate this order to equally apply to the Plaintiff's other obligations to serve exact copies of the "Motion in Opposition to Summary Judgement

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

to the Defendants'

Respectfully submitted on the ____ day of ____ in the year 2008 of the Lord.

William Rollins "Pro se"
William A. Rollins #161962 -C1-61A
C/O Ventress Correctional Facility
P.O. Box 767
Clayton, AL. 36016

CERTIFICATE OF SERVICE

I, William A. Rollins herby certify that I have served a copy of the foregoing Request for Hardship Relief upon the Defendants' attorney for the referenced case matter... Gary C. Sherrer. 335 West Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail postage paid and properly addressed on this ____ day of June 2008.