IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

WILLIAM AARON ROLLINS            *

    Plaintiff,            *

      v.            *            1:08-CV-33-MHT

COMMANDER REED, *et al*.,            *

    Defendants.            *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (*Doc. No. 27*) is GRANTED;

2.  Plaintiff  is GRANTED an extension from June 24, 2008 to and including July 7,

2008 to file his opposition  to Defendants' written report.

Done, this 27th day of June 2008.

               /s/ Charles S. Coody
             CHARLES S. COODY
             UNITED STATES MAGISTRATE JUDGE