IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM AARON ROLLINS | * | |
| Plaintiff, | * | |
| v. | * | 1:08-CV-33-MHT |
| COMMANDER REED, *et al.*, | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Before the court is Plaintiff's request for hardship relief. He requests "a court-ordered referral for immediate assistance from the Alabama Dept. Of Corrections for expense fundings to endorse pre-payment for postage and handling of [his opposition]" and requests that the order apply to all of his other obligations with regard to serving copies on counsel for Defendants. Having read and considered Plaintiff's motion, it is

ORDERED that the motion (*Doc. No. 28*) be and is hereby DENIED.

Done, this 27th day of June 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE