**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

2008 JUL -3 A 11:17

JEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WILLIAM AARON ROLLINS   *
 (Plaintiff)            *
v.                      *   CIVIL ACTION: 1:08-CV-33-MHT
COMMANDER REED, et al   *
 (Defendant)            *
                        *

REQUEST FOR ORDER OF CONTINUENCE

Comes Now, the Plaintiff, William Aaron Rollins in the above-styled cause respectfully requesting that the District Court reconsider its previous order pertaining to Plaintiff's Motion for Extension of Time.

Plaintiff contends that the order for the filing perscribed period which would expire on July 7, 2008 for the Responsive Motion in Opposition will be delayed from being submitted on that date due to the Ventress Correctional Facility legal mail will not be forwarded to the postal service until July 9, 2008 which is also the only available period that the Plaintiff will be able to comply with the said order due to the holiday.

Respectfully submitted on this the 2nd day of July, in the year 2008 of the Lord.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing motion on the Defendants' representative attorney Gary C. Sherrer, 335 West Main Street, Dothan, Alabama 36301 by mailing a copy of the same to him on this date July 2, 2008.

William Rollins "Pro Se"
William Rollins #161962
Ventress Corr. Facility
P.O. Box 767
Clayton, AL. 36016

NAME William Rollins   AIS # 161962   DORM # C1-61A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016



"Legal Mail"

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101/0711