IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM AARON ROLLINS | * | |
| Plaintiff, | * | |
| v. | * | 1:08-CV-33-MHT |
| COMMANDER REED, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's July 3, 2008 pleading, construed as a Motion for Extension of Time to file his opposition to Defendants' written report, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 31*) is GRANTED;

2. Plaintiff is GRANTED an extension from July 7, 2008 to and including July 21, 2008 to file a response to Defendants' written report.

Done, this 8th day of July 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE