IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM AARON ROLLINS | * | |
| Plaintiff, | * | |
| v. | * | 1:08-CV-33-MHT |
| COMMANDER REED, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's July 10, 2008 opposition which contains a motion to strike Defendants' special report filed May 8, 2008, and for good cause, it is

ORDERED that the motion (*Doc. No. 33*) be and is hereby DENIED.

Done, this 11th day of July 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE