IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM AARON ROLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:08cv33-MHT |
| | ) | (WO) |
| KEITH REED, etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging his placement in segregation in a county jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment seeking dismissal should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2010.

        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**