IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM AARON ROLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:08cv33-MHT |
| | ) | (WO) |
| KEITH REED, etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (Doc. No. 43) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 40) is adopted.

(3) Defendants' motion for summary judgment (Doc. No. 23) is granted.

(4) This lawsuit is dismissed without prejudice because the plaintiff failed to exhaust his administrative remedies.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of February, 2010.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE